# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher W Trostl,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Copper State Home Builders LLC, et al.,<br><br>　　　　Defendants. | NO. CV-17-03177-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 29, 2017, Judgment is entered in favor of Plaintiff and against Defendants, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 29, 2017

　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　By　Deputy Clerk